UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTEN L. LAPLANTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:15-cv-00351-JAW |
| ) | |
| PEERLESS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed June 13, 2016 (ECF No. 32), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss (ECF No. 20) be and hereby is DENIED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of July, 2016